GEORGE F. TROMMER and Another, Appellants, v. JOSEPH M. SMOOT, Defendant. J. M. SMOOT, INC., Respondent.— Order vacating service of summons affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MAX ULRICH, Appellant, v. NORTH GERMAN LLOYD CORPORATION, Respondent. — Judgment dismissing action unanimously affirmed, without costs, on authority of *Murnan* v. *Wabash R. Co.* (246 N. Y. 244). Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

GEORGE J. WAMSLEY, Appellant, v. ASHFORD PLUMBING Co., INC., Respondent. — Order granting defendant's motion for a further bill of particulars modified by eliminating therefrom everything except that part thereof which directs plaintiff to serve upon defendant a bill of particulars as to the following: " The market price or current price of each type of the 45 heaters as of the date of December 31, 1925, which according to the allegations of the complaint was the ultimate date for the giving of delivery orders by the defendant for said heaters of either type." As so modified, the order is affirmed, without costs. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

JACOB ZWERIN, Appellant, v. ISAAC ABRAMOWITZ, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

THE BANK OF AMERICA, as Trustee, Respondent, v. P. J. TIERNEY SONS, INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BEST RENTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

JOHN T. EDWARDS, Appellant, v. JOHN J. BREEN and Others, Respondents.— Motion for reargument of motion to dismiss appeal granted, and upon reargument, motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present Young, Kapper, Hagarty, Seeger and Carswell, JJ.

ABRAHAM GATNER, Respondent, v. JOSEPH LEVY and AARON M. BECKER, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

GERFISH REALTY Co., INC., Appellant, v. JAMES J. DOWD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.